

Ius Laboris USA Global HR Lawyers

185 Asylum Street, Suite 610
Hartford, CT 06119
Tel 860-740-1355 | Fax 860-578-2075

Writer's Direct Contact:

JOHANNA G. ZELMAN
860-740-1361
Jzelman@fordharrison.com

May 20, 2022

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *We The Patriots USA, Inc., et al v. Connecticut Office of Early Childhood Development, et al.*, Docket No.: 22-249

Dear Ms. Wolfe:

    The undersigned Defendants/Appellees Bethel Board of Education and Stamford Board of Education., hereby join in and adopt, as if fully set forth on their behalf, the Defendants/Appellees, Connecticut Office of Early Childhood Development, Connecticut State Department of Education, and Connecticut Department of Public Health's Brief dated May 20, 2022.

                  DEFENDANTS/APPELLEES,
            Bethel Board of Education and Stamford Board of Education

            By: */s/ Johanna G. Zelman, Esq.*
            Johanna G. Zelman, Esq.
            FordHarrison, LLP
            185 Asylum Street, Suite 610
            Hartford, CT 06119
            P: 860-740-1361
            E: jzelman@fordharrison.com

JGZ/emc

## CERTIFICATION

This is to certify that on May 20, 2022, a copy of the foregoing letter was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Norman A. Pattis, Esquire<br>Cameron L. Atkinson, Esquire<br>The Pattis Law Firm, LLC<br>383 Orange Street, 1st Floor<br>New Haven, CT 06511<br>E:  npattis@pattisandsmith.com<br>E:  catkinson@pattisandsmith.com | Darren P. Cunningham, Esquire<br>Timothy J. Holzman, Esquire<br>Michael K. Skold, Esquire<br>Alayna M. Stone, Esquire<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>E:  Darren.cummingham@ct.gov<br>E:  Timothy.holzman@ct.gov<br>E:  Michael.skold@ct.gov<br>E:  Alayna.stone@ct.gov |
| | Thomas R. Gerarde, Esquire<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06110<br>P:  (860) 249-1361<br>F:  (860) 249-7665<br>E:  tgerarde@hl-law.com |

          By:   */s/ Johanna G. Zelman, Esq.*
                Johanna G. Zelman, Esq.
                FordHarrison, LLP
                185 Asylum Street, Suite 610
                Hartford, CT 06119
                P: 860-740-1361
                E: jzelman@fordharrison.com

WSACTIVELLP:13132024.1