

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

*Tel: ( 860 ) 808-5020*
*Fax: (860)  808-5347*

June 24, 2022

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

RE:  *We the Patriots USA, Inc. v. Conn. Office of Early Childhood,* No. 22-249cv
State Defendants-Appellees' Supplemental Authority Letter Pursuant to FRAP 28(j)

Dear Clerk of Court O'Hagan Wolfe:

     The State Defendants-Appellees are submitting this letter pursuant to Federal Rule of Appellate Procedure 28(j) to advise the Court of the Supreme Court's pertinent decision in *Dobbs v. Jackson Women's Health Organization* (19-1392), which was released today.

     In *Dobbs* the Supreme Court explicitly overruled *Roe v. Wade,* 410 U. S. 113 (1973) and *Planned Parenthood of Southeastern Pa. v. Casey,* 505 U. S. 833 (1992), concluding that the Constitution does not confer a right to abortion.

     Plaintiffs-Appellants argue in their brief that *Roe* and *Casey* support their arguments.  *See* Doc. 50 at 25-27 and 44-45 ("If the right to elect a medical procedure to terminate the life of another being is a fundamental constitutional right, the right to decline a vaccination on behalf of one's children is also a fundamental constitutional right.")  State Defendants-Appellees argue that those cases do not support Appellants' arguments; the express overruling of the holding in *Roe* and *Casey* renders their reliance further misplaced.

     Very truly yours,

     */s/ Darren P. Cunningham*
     Darren P. Cunningham
     Assistant Attorney General

## CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of June, 2022, I caused the foregoing to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

          */s/ Darren P. Cunningham*
          Darren P. Cunningham
          Assistant Attorney General