# HOWD & LUDORF, LLC

ATTORNEYS AT LAW
*Serving Southern New England since 1979*

| | | |
|---|---|---|
| PHILIP T. NEWBURY, JR.*† | **65 WETHERSFIELD AVENUE** | ◊SVETLANA STEELE-BAIRD |
| THOMAS R. GERARDE | **HARTFORD, CT 06114-1121** | ADAM J. DIFULVIO |
| MARK J. CLAFLIN*† | (860) 249-1361 | *KRISTAN M. JAKIELA |
| CHRISTOPHER M. VOSSLER◊* | (860) 249-7665 (Fax) | ERIC E. GERARDE |
| WILLIAM F. CORRIGAN | www.hl-law.com | ¤MEGAN K. BAKER |
| DAVID S. MONASTERSKY* | | ASHLEY L. HOYT |
| COLETTE S. GRIFFIN | 40 WASHINGTON STREET | TYLER J. CARROLL |
| PAUL ERICKSON*^ | SUITE 220 | ROBERT W. TAYLOR, II |
| KATHERINE E. RULE* | WELLESLEY, MA 02481 | |
| JONI KATZ MACKLER• | (781) 235-5594 | |
| ALAN R. DEMBICZAK | (781) 235-5596 (Fax) | |
| RACHEL M. BRADFORD | | **OF COUNSEL, ADMITTED |
| KARESS A. CANNON | 10 DORRANCE STREET, SUITE 700 | IN MA AND NY ONLY |
| CHANNEZ M. ROGERS* | PROVIDENCE, RI 02903 | *ALSO ADMITTED IN MA |
| ARIEL R. MACPHERSON | (401) 519-3810 | †ALSO ADMITTED IN RI |
| JEFFREY A. NOVINS** | (781) 235-5596 (Fax) | ◊ALSO ADMITTED IN NY |
| | | ^ALSO ADMITTED IN IL |
| | tgerarde@hl-law.com | •ADMITTED IN MA ONLY |
| | **Reply to Hartford Office** | ¤ADMITTED IN MA AND FL ONLY |

November 23, 2022

**VIA CM/ECF**

United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <u>We The Patriots USA, Inc., et al v. Connecticut Office of Early Childhood Development, et al</u>
 Docket No.: 22-249
 H&L File No.: 414-07734

The undersigned Defendant/Appellee, **Glastonbury Board of Education**, hereby joins in and adopts as if fully set forth on their behalf, the Defendants/Appellees, Connecticut Office of Early Childhood Development, Connecticut State Department of Education, and Connecticut Department of Public Health's, Post Argument Letter Brief dated November 23, 2022 [Doc. 102].

DEFENDANT/APPELLEE,
GLASTONBURY BOARD OF EDUCATION


By /s/ Thomas R. Gerarde
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT 06110
   Phone: (860) 249-1361
   Fax: (860) 249-7665
   tgerarde@hl-law.com

# **CERTIFICATION**

  This is to certify that on **November 23, 2022**, a copy of the foregoing **LETTER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Norman A. Pattis, Esquire<br>Cameron L. Atkinson, Esquire<br>The Pattis Law Firm, LLC<br>383 Orange Street, 1st Floor<br>New Haven, CT 06511<br>npattis@pattisandsmith.com<br>catkinson@pattisandsmith.com | Darren P. Cunningham, Esquire<br>Timothy J. Holzman, Esquire<br>Michael K. Skold, Esquire<br>Alayna M. Stone, Esquire<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Darren.cunningham@ct.gov<br>Timothy.holzman@ct.gov<br>Michael.skold@ct.gov<br>Alayna.stone@ct.gov |

Johanna G. Zelman, Esquire
Michael C. Harrington
Ford Harrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103
jzelman@fordharrison.com

                /s/ Thomas R. Gerarde
                Thomas R. Gerarde