# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-three.

_____

We The Patriots USA, Inc., CT Freedom Alliance, LLC, Constantina Lora, Miriam Hidalgo, Asma Elidrissi,

     Plaintiffs - Appellants,

v.

Connecticut Office of Early Childhood Development, Connecticut State Department of Education, Connecticut Department of Public Health, Bethel Board of Education, Glastonbury Board of Education, Stamford Board of Education,

     Defendants - Appellees.

_____

**ORDER**

Docket No: 22-249

     Appellants, We The Patriots USA Inc., CT Freedom Alliance, LLC, Constantina Lora, Miriam Hidalgo, and Asma Elidrissi, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

     IT IS HEREBY ORDERED that the petition is denied.

     FOR THE COURT:
     Catherine O'Hagan Wolfe, Clerk

